IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HIGH OPPORTUNITY NEIGHBORHOOD REALTY, LP D/B/A HIGH OPPORTUNITY NEIGHBORHOOD PARTNERS | § § § § § | |
| VS. | § § | CIVIL ACTION NO: 4:22-CV-00598 |
| PROVIDENCE HOMEOWNERS ASSOCIATION, INC., DON FISHER, JENNIFER DAUTRICH, DYLAN LAWSON, MELANIE ECKER, AND ROLAND CLARKE | § § § § § § | |

**ORDER**

ON THIS DAY, came to be heard the Parties' Agreed Motion for Entry of an Order of Dismissal of All Claims Against Defendants with Prejudice to Re-File. After consideration of the Agreed Motion, the Court is of the Opinion that it is meritorious and should be in all things GRANTED.

It is therefore ORDERED, ADJUDICATED and DECREED that all claims and causes of action filed against Defendants in the above referenced and styled cause are hereby dismissed in their entirety with prejudice to re-file.

**IT IS SO ORDERED.**

SIGNED this 27th day of November, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE